**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KEITH B. GRIMES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 11-0416 (RLW) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## <u>MEMORANDUM OPINION</u>

On May 24, 2011, the defendants filed a motion to dismiss or, alternatively, for summary judgment.   In its May 31, 2011 Order, the Court advised the plaintiff, among other things, of his obligation to file an opposition or other response to the motion.   Further, that Order expressly warned the plaintiff that, if he failed to file his opposition by July 1, 2011, the Court would treat the motion as conceded.   The Court granted the plaintiff's request for an extension of time, to July 7, 2011, yet, to date, the plaintiff neither has filed an opposition nor requested additional time to do so.

The Court will grant the defendants' Motion to Treat [Their] Motion to Dismiss or, in the Alternative, for Summary Judgment As Conceded.   An Order accompanies this Memorandum Opinion.


DATE: July 20, 2011

_____/s/_____
ROBERT L. WILKINS
United States District Judge